# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

JUAN IGNACIO N. MUNOZ
ARREDONDO,

   Defendant.

CASE NO. 2:26-PO-00016

MAGISTRATE JUDGE JOLSON

---

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case be DISMISSED.

s/ Kimberly A. Jolson

**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

3/4/2026

**DATE**